# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Shawn Cecchini et al<br><br>v.<br><br>General Motors LLC<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 14-06326 GW(FFMx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES) |
|---|---|

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

__August 18, 2014__                             _/s/ James V. Selna_
Date                                                       James V. Selna
                                                                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                  _____
Date                                                       United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __SACV 14-00424 JVS(ANx)__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Mumm__ to Magistrate Judge __Nakazato__.

On all documents subsequently filed in this case, please substitute the initials __JVS(ANx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 14-06326 JVS(ANx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*       ☐ *Statistics Clerk*

CV-34 (06/14)            **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**