Ramtin Shahian (SBN 276203)
email:  rshahian@slpattorney.com
Karen Nakon    (SBN 278423)
Email: knakon@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1875 Century Park East, Suite 700
Los Angeles, California 90067
Telephone:   (310) 277-1040
Facsimile:    (310) 943-3838

Attorneys for Plaintiff Shawn Cecchini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHAWN CECCHINI,<br><br>              Plaintiff,<br>     v.<br><br>GENERAL MOTORS LLC,<br><br>              Defendants. | Case No.: CV 14-06326 (ANx)<br><br>Assigned to Hon. James V. Selna<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**PLEASE TAKE NOTICE** that Karen E. Nakon (SBN 278423), an attorney of the law firm, Strategic Legal Practices, APC, and admitted to practice in the United States District Court for the Central District of California, hereby enters her appearance in the above-captioned matter as counsel of record on behalf of Plaintiff Shawn Cecchini.  Karen E. Nakon respectfully requests that all pleadings and other

documents be served upon her at Strategic Legal Practices, APC, as identified below:

>Karen E. Nakon
>Strategic Legal Practices, APC
>1875 Century Park East, Suite 700
>Los Angeles, California 90067
>Telephone: (310) 277-1040
>Facsimile: (310) 943-3838
>Email: knakon@slpattorney.com

Dated: August 21, 2014                    Respectfully submitted,

Strategic Legal Practices, APC

/s/ Karen E. Nakon
By: Karen E. Nakon
Attorney for Shawn Cecchini

---

1

NOTICE OF APPEARANCE